IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS E. KERSHNER,** : | |
| : | |
| Plaintiff : | CIVIL NO. 4:11-CV-00733 |
| : | |
| vs. : | |
| : | |
| **MICHAEL J. ASTRUE,** : | |
| **COMMISSIONER OF SOCIAL** : | (Judge Rambo) |
| **SECURITY,** : | |
| : | |
| Defendant : | |

## ORDER AND JUDGMENT

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

    1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Dennis E. Kershner as set forth in the following paragraph.

    2. The decision of the Commissioner of Social Security denying Dennis E. Kershner supplemental security income benefits is affirmed.

    3. The Clerk of Court shall close this case.

                                     s/Sylvia H. Rambo
                                 United States District Judge

Dated: September 18, 2012.